GREGORY B. WOOD (SBN 68064)
ERIC A. HERZOG (SBN 229066)
**FULBRIGHT & JAWORSKI L.L.P.**
555 South Flower Street, 41st Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
Email:   gwood@fulbright.com
         eherzog@fulbright.com

Attorneys for Plaintiff
MICHAEL NEUMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL NEUMAN,<br><br>            Plaintiff,<br><br>      v.<br><br>MICHAEL JOAQUIN GREY,<br><br>            Defendant. | Case No.: CV-08-0128-JL<br><br>**PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** |

70230625.1

1

DOCUMENT PREPARED ON RECYCLED PAPER

ORIGINAL

|     |     |
| --- | --- |
| 1   | **PROOF OF SERVICE** |
| 2   | **SUMMONS IN A CIVIL CASE** |

3   I, Susan Crippen, declare:

4       I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, 41st Floor, Los Angeles, California 90071.

    Pursuant to C.C.P. §415.40, I served a copy of the documents listed below by placing the document(s) in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Los Angeles, California, sent by Certified Mail, Return Receipt Requested, postmarked on February 15, 2008, Certified Article Number 7106 4575 1294 0740 3104, addressed as set forth below:

    Michael Joaquin Grey
    344 West 14th Street
    Apt. 2E
    New York, New York 10014-5058

1. SUMMONS;
2. COMPLAINT;
3. CIVIL COVER SHEET;
4. REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK;
5. NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;
6. CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE;
7. DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE;
8. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;
9. MAGISTRATE JUDGE JAMES LARSON'S STANDING ORDER;

10. STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA – CONTENTS OF JOINT CASE MANAGEMENT STATEMENT;

11. COURT GUIDELINES;

12. COURT DROP BOX FILING PROCEDURES; and

13. ECF REGISTRATION INFORMATION HANDOUT.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 27, 2008, at Los Angeles, California.

*Susan Crippen*
Susan Crippen