ORIGINAL

GREGORY B. WOOD (SBN 68064)
ERIC A. HERZOG (SBN 229066)
**FULBRIGHT & JAWORSKI L.L.P.**
555 South Flower Street, 41st Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
Email:   gwood@fulbright.com
         eherzog@fulbright.com

Attorneys for Plaintiff
MICHAEL NEUMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL NEUMAN,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL JOAQUIN GREY,<br><br>        Defendant. | Case No.: CV-08-0128-JL<br><br>**PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE** |

70230625.1

1

PROOF OF SERVICE SUMMONS IN A CIVIL CASE – CV-08-0128-JL

DOCUMENT PREPARED ON RECYCLED PAPER

|     |     |
| --- | --- |
| 1   | **PROOF OF SERVICE** |
| 2   | **SUMMONS IN A CIVIL CASE** |
| 3   | I, Susan Crippen, declare: |
| 4   | I am a citizen of the United States and employed in Los Angeles County, |
| 5   | California. I am over the age of eighteen years and not a party to the within-entitled |
| 6   | action. My business address is 555 South Flower Street, 41st Floor, Los Angeles, |
| 7   | California 90071. |
| 8   | Pursuant to C.C.P. §415.40, I served a copy of the documents listed below by |
| 9   | placing the document(s) in a sealed envelope, with postage thereon fully prepaid, in |
| 10  | the United States mail at Los Angeles, California, sent by Certified Mail, Return |
| 11  | Receipt Requested, postmarked on February 15, 2008, Certified Article Number |
| 12  | 7106 4575 1294 0740 3104, addressed as set forth below: |

Michael Joaquin Grey
344 West 14th Street
Apt. 2E
New York, New York 10014-5058

1. SUMMONS;
2. COMPLAINT;
3. CIVIL COVER SHEET;
4. REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK;
5. NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;
6. CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE;
7. DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE;
8. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;
9. MAGISTRATE JUDGE JAMES LARSON'S STANDING ORDER;

1  10.  STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA – CONTENTS OF JOINT CASE MANAGEMENT STATEMENT;

3  11.  COURT GUIDELINES;

4  12.  COURT DROP BOX FILING PROCEDURES; and

5  13.  ECF REGISTRATION INFORMATION HANDOUT.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 27, 2008, at Los Angeles, California.

*Susan Crippen*
Susan Crippen