Gregory B. Wood (State Bar No. 68064)
Fulbright & Jaworski L.L.P.
555 S. Flower Street
41st Floor
Los Angeles, CA 90071
(213) 892-9200
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
Northern DISTRICT OF CALIFORNIA

| Michael Neuman, | CASE NUMBER: CV-08-0128-JL |
|---|---|
| Plaintiff(s) v. | |
| Michael Joaquin Grey, | **NOTICE OF DISMISSAL BY PLAINTIFF** <br> Rule 41(a)(1) F.R.Civ.P. |
| Defendant(s) | |

**PLEASE TAKE NOTICE:**

[X] The above-entitled action is

*or*

[ ] Defendant(s) Michael Joaquin Grey,

are hereby dismissed by the plaintiff(s), pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: March 17, 2008

_____
Plaintiff / Attorney for Plaintiff
Gregory B. Wood

THIS NOTICE MAY BE FILED AT ANY TIME BEFORE SERVICE
BY THE ADVERSE PARTY OF AN ANSWER OR OF A MOTION
FOR SUMMARY JUDGMENT, WHICHEVER FIRST OCCURS.

CV-09 (01/01)

NOTICE OF DISMISSAL BY PLAINTIFF
(Rule 41(a)(1), F.R.Civ.P.)

CCD-9